Commonwealth *v.* Bordner, Appellant.

Submitted April 15, 1968. Before Bell, C. J., Musmanno, Jones, Eagen, O'Brien and Roberts, JJ.

*Frank Bordner,* appellant, in propria persona.

*Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 1, 1968:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.